UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>BIG APPLE VOLKSWAGEN, LLC,<br><br>                            Debtor. | Chapter 11<br><br>Case No. 11-11388 (JMP) |
| ALAN NISSELSON, Chapter 11 Trustee of<br>BIG APPLE VOLKSWAGEN, LLC,<br><br>                            Plaintiff,<br><br>-against-<br><br>RATIBA SALIM and WAHID SALEEM,<br><br>                            Defendants. | Adv. Proc. No. 11-2251 (JMP) |

## ORDER CONFIRMING ORDER OF ATTACHMENT

An application having been made by Plaintiff, Alan Nisselson, as Trustee for the chapter 11 estate of Big Apple Volkswagen, LLC, by his counsel, Windels Marx Lane & Mittendorf, LLP, for an order confirming the Order of Attachment against the real property located at 8529 65th Road, Rego Park, New York 11374 granted without notice herein on June 29, 2011.

NOW upon reading of the complaint herein, Plaintiff's Memorandum of Law in Support of Trustee's Motion for an Order Confirming Order of Attachment and the supporting affidavit and documentary evidence, and after hearing Alan Nisselson, Esq., counsel for Plaintiff, and counsel for Defendants, in opposition thereto, and after due deliberation, it is hereby,

ORDERED that Plaintiff's motion is granted and the Order of Attachment granted herein on June 29, 2011, is hereby confirmed and shall continue in full force and effect.

Dated:  New York, New York
       September 15, 2011

                                            _s/ James M. Peck_
                                            HONORABLE JAMES M. PECK
                                            UNITED STATES BANKRUPTCY JUDGE