WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Trustee, Plaintiff*
156 West 56th Street
New York, New York 10019
Telephone:     (212) 237-1000
Facsimile:      (212) 262-1215

Attorneys appearing:   Alan Nisselson (anisselson@windelsmarx.com)
                                     John J. Tepedino (jtepedino@windelsmarx.com)
                                     Serena M. Parker (sparker@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>BIG APPLE VOLKSWAGEN, LLC,<br><br>    Debtor. | Chapter 7<br><br>Case No.  11-11388 (JMP) |
| ALAN NISSELSON, Chapter 11 Trustee of<br>BIG APPLE VOLKSWAGEN, LLC,<br><br>    Plaintiff,<br><br>-against-<br><br>RATIBA SALIM and WAHID SALEEM,<br><br>    Defendants. | Adv. Proc. No. 11-2251 (JMP) |

## STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE

**WHEREAS**, pursuant to a Stipulation and Order that was So Ordered on December 11, 2013 (Docket No. 37), the parties agreed that: (1) the Trustee's motion for partial summary judgment shall be filed no later than January 21, 2014; (2) Defendants' brief in opposition to the Trustee's motion for partial summary judgment shall be filed no later than February 4, 2014; (3) and the Trustee's reply brief in support of his motion for partial summary judgment shall be filed no later than February 11, 2014; and

**WHEREAS**, counsel for the Trustee has had an unexpected illness which impacted the briefing schedule; and

**WHEREAS,** counsel for Defendants is willing to provide the professional courtesy of a brief extension of the filing date with respect to the Trustee's motion; and

**WHEREAS**, the Trustee is willing to grant a reciprocal extension of the filing date with respect to Defendant's opposition brief,

**NOW THEREFORE**, pursuant to the parties' stipulation and subject to the Court's approval:

1. The Trustee's motion for partial summary judgment shall be filed no later than January 27, 2014;

2. Defendants' brief in opposition to the Trustee's motion for partial summary judgment shall be filed no later than February 10, 2014;

3. The Trustee's reply brief in support of his motion for partial summary judgment shall be filed no later than February 17, 2014.

| | |
|---|---|
| Dated: January 22, 2014 | Dated: January 22, 2014 |
| Windels Marx Lane & Mittendorf LLP<br>*Attorneys for Alan Nisselson, Trustee, Plaintiff* | Lust & Leonov, P.C.<br>*Attorneys for Defendants Ratiba Salim and Wahid Saleem* |
| BY: /s/ Serena M. Parker<br>Serena M. Parker (sparker@windelsmarx.com)<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000<br>Facsimile: (212) 262-1215 | BY: /s/ Roman Leonov<br>Roman Leonov<br>(RLeonov@VaLeLawGroup.com)<br>75 Maiden Lane, Suite 506<br>New York, New York 10038<br>Telephone: (212) 518-1503<br>Facsimile: (888) 740-4902 |

**SO ORDERED:**

Dated: New York, New York
      January 24, 2014



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge