# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

In re: Big Apple Volkswagen, LLC                                              Bankruptcy Case No.: 11–11388–jlg

Alan Nisselson Chapter 11 Trustee of Big Apple Volkswagen, LLC
Plaintiff(s),

–against–                                                                                              Adversary Proceeding No. 11–02251–jlg

Ratiba Salim
Wahid Saleem
Alan NisselsonChapter 11 Trustee of Big Apple Volkswagen, LLC
Defendant(s)

---

## NOTICE OF PROPOSED FINDINGS AND CONCLUSIONS

Please take notice that the Honorable James L. Garrity Jr., U.S. Bankruptcy Judge, has filed the enclosed proposed findings of fact and conclusions of law in this matter.

Rule 9033(b) of the Federal Rules of Bankruptcy Procedure provides:

> Within 14 days after being served with a copy of the proposed findings of fact and conclusions of law a party may serve and file with the clerk written objections which identify the specific proposed findings or conclusions objected to and state the grounds for such objection. A party may respond to another party's objections within 14 days after being served with a copy thereof. A party objecting to the bankruptcy judge's proposed findings or conclusions shall arrange promptly for the transcription of the record, or such portions of it as all parties may agree upon or the bankruptcy judge deems sufficient, unless the district judge otherwise directs.

Following the objection period and the filing of the transcript if one is required, the clerk will transmit the proposed findings and conclusions together with any timely filed objections and transcripts to the district court.

Objections should be electronically filed using "Objection to Proposed Findings of Fact/Conclusions of Law" in the "Other" menu option under "Bankruptcy."


Dated: March 17, 2016                                                                  Vito Genna
                                                                                                        Clerk of Court

United States Bankruptcy Court
Southern District of New York

Nisselson,
    Plaintiff                                                                 Adv. Proc. No. 11-02251-jlg

Salim,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0208-1    User: arouzeau    Page 1 of 1    Date Rcvd: Mar 18, 2016
                           Form ID: fofcol    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2016.
```
aty            +John J. Tepedino,   Windels Marx Lane & Mittendorf, LLP,   156 West 56th Street,
                 New York, NY 10019-3800
wit            +Julian Salim,    7242 Manse Street,    Forest Hills, NY 11375-6727
dft            +Ratiba Salim,    8529 65th Road,    Rego Park, NY 11374-5035
dft            +Wahid Saleem,    8529 65th Road,    Rego Park, NY 11374-5035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cc*            +Ratiba Salim,    8529 65th Road,    Rego Park, NY 11374-5035
cc*            +Wahid Saleem,    8529 65th Road,    Rego Park, NY 11374-5035
```
                                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2016                                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2016 at the address(es) listed below:
```
              Alan   Nisselson    on behalf of Plaintiff Alan   Nisselson
               theston@windelsmarx.com;hsimon@windelsmarx.com;sparker@windelsmarx.com
              George   Bassias    on behalf of Witness Julian   Salim gbassias@yahoo.com,   gbassias@bassiaslaw.com
              Irina   Lust    on behalf of Defendant Ratiba   Salim irina@thegtcfirm.com
              Karamvir   Dahiya    on behalf of Counter-Claimant Ratiba   Salim karam@bankruptcypundit.com
              Leslie S. Barr    on behalf of Plaintiff Alan   Nisselson lbarr@windelsmarx.com
              Roman   Leonov    on behalf of Counter-Claimant Ratiba   Salim RLeonov@VaLeLawGroup.com
```
                                                                                                    TOTAL: 6